# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Grant Thornton LLP | )  ASBCA No. 60534 |
| | ) |
| Under Contract No. GS-23F-8196H | ) |
|   Order No. HQ0423-14-F-0077 | ) |

APPEARANCES FOR THE APPELLANT:    Alexander J. Brittin, Esq.
  Brittin Law Group, PLLC
  McLean, VA

  Ellen Randel, Esq.
  Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    Anne Turner, Esq.
  Deputy Assistant General Counsel
Regina DelaRosa, Esq.
Rob L. Smith, Esq.
  Trial Attorneys
  Defense Finance & Accounting Service

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60534, Appeal of Grant Thornton LLP, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals